IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 336 MR WCM

| | |
|---|---|
| RIKA O. JOHNSON, I*ndividually and as Executrix of the Estate of* Jackie Lee Johnson,<br><br>        Plaintiff,<br>v.<br><br>ABLEST, INC., AURORA PUMP COMPANY, COVIL CORPORATION, CRANE CO., DANIEL INTERNATIONAL CORPORATION, FLUOR CONSTRUCTORS INTERNATIONAL, FLUOR CONSTRUCTORS INTERNATIONAL, INC., FLUOR DANIEL SERVICES CORPORATION, FLUOR ENTERPRISES, INC., GENERAL ELECTRIC COMPANY, GOULDS PUMPS, INCORPORATED, GREAT BARRIER INSULATION CO., GRINNELL LLC, J & L INSULATION, INC., TOLEDO ENGINEERING CO., INC., VIACOMCBS INC., WARREN PUMPS, LLC, WILLIAM POWELL COMPANY<br><br>        Defendants. | ORDER |

    This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by William M. Graham. The Motion indicates that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Shawna Forbes-King, who the Motion represents as being a member in good standing of the Bar of

the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Shawna Forbes-King to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 14, 2020

W. Carleton Metcalf
United States Magistrate Judge