THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, ) ) ) ) ) Plaintiff, ) ) vs. ) ) ABLEST, INC., et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Ablest Inc.'s motion for the admission of attorney Alexandra H. Austin as counsel *pro hac vice*. [Doc. 53]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 53] is **ALLOWED**, and Alexandra H. Austin is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

Signed: January 12, 2021

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge