THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ABLEST, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Without Prejudice as to Defendant Aurora Pump Company. [Doc. 68].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 68] is **GRANTED**, and all the Plaintiff's claims against the Defendant Aurora Pump Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: May 3, 2021

Martin Reidinger
Chief United States District Judge