# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| **RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ABLEST, INC., et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the motion for the admission of attorney W. David Conner as counsel *pro hac vice* for the Defendants Daniel International Corporation, Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and Fluor Constructors International, Inc. [Doc. 74]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 74] is **ALLOWED**, and W. David Conner is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 31, 2021

Martin Reidinger
Chief United States District Judge