THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> ABLEST, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss With Prejudice as to Defendant J&L Insulation, Inc. [Doc. 86].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 86] is **GRANTED**, and all the Plaintiff's claims against the Defendant J&L Insulation, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
Chief United States District Judge