THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) ABLEST, INC., et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on The William Powell Company's Motion for Summary Judgment [Doc. 115] and the parties' Joint Motion to Dismiss. [Doc. 134].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 134] is **GRANTED**, and all the Plaintiff's claims against the Defendant The William Powell Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that The William Powell Company's Motion for Summary Judgment [Doc. 115] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: April 23, 2022

Martin Reidinger
Chief United States District Judge