# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased, </br></br>            Plaintiff,</br></br>vs.</br></br>ABLEST, INC., et al.,</br></br>           Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss. [Doc. 165].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 165] is **GRANTED**, and all the Plaintiff's claims against the Defendants Daniel International Corporation, Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and Fluor Constructors International Inc. (on behalf of itself and the incorrectly named defendant Fluor Constructors International, f/k/a Fluor Corporation) are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: July 9, 2022

Martin Reidinger
Chief United States District Judge