THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased,

    Plaintiff,

vs.

ABLEST, INC., et al.,

    Defendants.

**O R D E R**

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Grinnell LLC. [Doc. 171].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 171] is **GRANTED**, and all the Plaintiff's claims against the Defendant Grinnell LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: July 29, 2022

Martin Reidinger
Chief United States District Judge