THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| ABLEST, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Redco Corporation, Formerly Known as Crane Co. Only. [Doc. 175].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 175] is **GRANTED**, and all the Plaintiff's claims against the Defendant Redco Corporation, formerly known as Crane Co., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**   Signed: August 16, 2022

Martin Reidinger
Chief United States District Judge