THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

RIKA O. JOHNSON, Individually and )
as Executrix of the Estate of Jackie )
Lee Johnson, Deceased, )
                                                              Plaintiff, )
                                                                   vs. ) **O R D E R**
)
ABLEST, INC., et al., )
)
                                             Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss with Prejudice. [Doc. 177].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 177] is **GRANTED**, and all the Plaintiff's claims against the Defendant Great Barrier Insulation Co. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 31, 2022

Martin Reidinger
Chief United States District Judge