# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00336-MR

RIKA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased,

    Plaintiff,

vs.

ABLEST, INC., et al.,

    Defendants.

**O R D E R**

**THIS MATTER** is before the Court on the Defendant Covil Corporation's Motion for Summary Judgment [Doc. 113] and the parties' Joint Motion to Dismiss. [Doc. 178].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 178] is **GRANTED**, and all the Plaintiff's claims against the Defendant Covil Corporation, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 113] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: August 31, 2022

*[Signature]*

Martin Reidinger
Chief United States District Judge