THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00336-MR

| | |
|---|---|
| RITA O. JOHNSON, Individually and as Executrix of the Estate of Jackie Lee Johnson, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) ABLEST, INC., et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss. [Doc. 179].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 179] is **GRANTED**, and all the Plaintiff's claims against the Defendant Toledo Engineering Co., Inc., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 31, 2022

Martin Reidinger
Chief United States District Judge