# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Rika O. Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00336-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Ablest, Inc. et al**,** | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court on Defendant Warren Pumps' Motion for Summary Judgment and a decision having been rendered ;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered as to Defendant Warren Pumps in accordance with the Court's July 29, 2022 Order.

September 1, 2022

Frank G. Johns, Clerk
United States District Court